UNITED STATES DISTRICT COURT
for the SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **INTERNATIONAL UNDERWRITERS GENERAL AGENCY, INC.,** | § § § § § | |
| Plaintiff, | § | |
| v. | § § | CIVIL ACTION NO. B-03-108 |
| **GE REINSURANCE CORPORATION ("GE") AND SPENCER TUCKER, ("TUCKER")** | § § § § | |
| Defendants. | § | |

JUN 2 6 2003

Michael N. Milby
Clerk of Court

## CERTIFICATE OF INTERESTED PARTIES

Plaintiff:   International Underwriters General Agency, Inc., by and through its attorney:

   Christopher Lee Phillippe
   307-3 McFadden Drive
   Brownsville, Texas 78521
   Telephone: (956) 544-6096
   Telecopier: (956) 982-1291

Defendants:   GE Reinsurance Corporation and Spencer Tucker, by and through their attorneys:

   Attorney in Charge:
   RICK H. ROSENBLUM
   State Bar No. 17276100
   Southern District Bar No. 13015
   ROBERTA SHARP
   State Bar No. 00788400
   Southern District Bar No. 17556

   Akin, Gump, Strauss, Hauer & Feld, L.L.P.
   300 Convent Street, Suite 1500
   San Antonio, Texas 78205
   Telephone: (210) 281-7000
   Telecopier: (210) 224-2035

1

327478

Respectfully submitted,

AKIN GUMP STRAUSS HAUER & FELD, LLP
300 Convent Street, Suite 1500
San Antonio, Texas 78205
Telephone: 210.281.7000
Telecopier: 210.224.2035

_____

Attorney in Charge:
RICK H. ROSENBLUM
State Bar No. 17276100
Southern District Bar No. 13015
ROBERT SHARP
State Bar No. 00788400
Southern District Bar No. 17556

ATTORNEYS FOR DEFENDANT GE
REINSURANCE CORPORATION

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served on the following counsel of record by *certified mail, return receipt requested*, on the 25th day of June, 2003:

Christopher Lee Phillippe
307-3 McFadden Drive
Brownsville, Texas 78521

_____
RICK H. ROSENBLUM

2

327478