IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 0 9 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| INTERNATIONAL UNDERWRITERS GENERAL AGENCY, <br> Plaintiff, <br><br> vs. <br><br> GE REINSURANCE CORPORATION ("GE") AND SPENCER TUCKER ("TUCKER"), <br> Defendants. | § § § § § § § § § § <br><br> CIVIL ACTION NO. B-03-108 <br> Jury Demanded |

### PLAINTIFF'S OPPOSED MOTION TO ABSTAIN AND TO REMAND

TO THE HONORABLE UNITED STATES DISTRICT COURT:

**NOW COMES** Plaintiff, International Underwriters General Agency, Movant herein, pursuant to 28 U.S.C. § 1447(c), and files this Motion To Abstain and To Remand this action previously removed from the District Court, CAMERON County, Texas, and states as follows:

I.

1.   Removal of this action is improper based on Defendants' claim of diversity of citizenship. Said Defendant has an office, place of business or agency for transacting business in the State of Texas.

2.   Removal of this action is improper based on Defendants' claim of Defendant, Spencer Tucker, being Fraudulently Joined. Defendant, Spencer Tucker, was acting as an agent for GE Reinsurance Corporation.

II.

3.   Plaintiff further shows that Defendants had no plausible basis for claiming that this court had jurisdiction on any basis that would take precedence over any cause of action in Plaintiff's petition. As such, the notice of removal served as an unnecessary and needless delay in the trial of this cause and greatly increased the cost of this litigation. Plaintiff respectfully moves this court to order any appropriate sanctions including, but not limited to

ordering Defendants to pay the amount of reasonable expenses incurred by Plaintiff in preparing and presenting this motion, including reasonable attorney's fees.

4. Plaintiff further respectfully moves this court to order Defendants to pay all costs, expenses and reasonable attorney's fees incurred by Plaintiff as a result of the removal action.

**WHEREFORE PREMISES CONSIDERED**, Plaintiff, International Underwriters General Agency, prays that the Court abstains from hearing this cause of action and remands the same to the District Court, CAMERON County, Texas, for resolution on the merits, for recovery of all costs and disbursements, including attorney's fees, incurred by reason of the removal proceedings; and for such other and further relief to which Plaintiff may be justly entitled.

Respectfully submitted,

By: _____
Christopher Lee Phillippe
Attorney-in-Charge
Texas Bar No. 15915400
Southern District Bar No: 15915400
307-3 McFadden Drive
Brownsville, Texas 78521
Tel. (956)544-6096
Fax. (956)982-1921
Attorney for Plaintiff
International Underwriters General Agency

## CERTIFICATE OF SERVICE

I certify that on June ____, 2003 a true and correct copy of Plaintiff's Motion to Remand was served to each person listed below by the method indicated.

_____
Christopher Lee Phillippe

| | |
|---|---|
| Robert Sharp<br>Attorney for GE REINSURANCE CORPORATION ("GE")<br>Akin Gump Strauss Hauer & Feld L.L.P.<br>300 Convent Street, Suite 1500<br>San Antonio, Texas 78205-3732<br>TEL: 210-281-7000<br>Fax: 210-224-2035 | ___ Certified mail,<br>return receipt requested<br><br>_X_ Overnight Service<br>___ Private delivery<br>_X_ Facsimile transfer |
| Spencer Tucker<br><br>5021 Briar Tree Lane #3104<br>Dallas, Texas 75248<br>TEL:<br>FAX: | _X_ Certified mail,<br>return receipt requested<br>#7002 0460 0000 6433 4948<br>___ Private delivery<br>___ U.S. First Class Mail |
| Aurora De La Garza<br><br>Cameron County District Clerk<br>Cameron County Courthouse<br>974 East Harrison Street<br>Brownsville, Texas 78520<br>TEL: 210-281-7000 | _X_ Certified mail,<br>return receipt requested<br>#7002 0460 0000 6433 4931<br>_X_ Hand Delivery<br>___ Facsimile transfer |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| INTERNATIONAL UNDERWRITERS GENERAL AGENCY,<br>　　　　Plaintiff, | §<br>§<br>§ | |
| vs. | § | CIVIL ACTION NO. B-03-108<br>Jury Demanded |
| GE REINSURANCE CORPORATION ("GE") AND SPENCER TUCKER ("TUCKER"),<br>　　　　Defendants. | §<br>§<br>§<br>§ | |

### ORDER OF REMAND

This cause having come on for hearing on the motion of Plaintiff, International Underwriters General Agency to remand this action to the District Court, CAMERON County, Texas, and the court having considered the arguments of counsel and affidavits submitted in support of and against this motion, it appears to the court that this action was removed improperly and the court is without jurisdiction over the subject matter of this action.

**THE COURT FINDS THAT:**

1.　Removal of this action is improper based on Defendants' claim of diversity of citizenship. Said Defendant has an office, place of business or agency for transacting business in the State of Texas.

2.　Removal of this action is improper based on Defendants' claim of Defendant, Spencer Tucker, being Fraudulently Joined. Defendant, Spencer Tucker, was acting as an agent for GE Reinsurance Corporation.

**WHEREFORE**, it is ordered that the Plaintiff's motion is **GRANTED** and that this action is remanded to the District Court, CAMERON County, Texas, and the Clerk of this court shall mail a copy of this order via certified mail to the Clerk of the District Court, CAMERON County, Texas. Upon receipt of this order, said court may proceed with the

2

action according to the laws and procedures of the courts of the State of Texas.

**FURTHER**, it is order that Defendants shall pay to Plaintiff all costs and expenses, including reasonable attorney's fees, incurred as a result of this removal action in the amount of $2,000.00.

**SIGNED THIS** _____, 2003.

JUDGE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION