5

UNITED STATES DISTRICT COURT
for the SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 2 4 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| INTERNATIONAL UNDERWRITERS GENERAL AGENCY, INC., | § § § § § |
| Plaintiff, | § |
| v. | § CIVIL ACTION NO. B-03-108 |
| GE REINSURANCE CORPORATION ("GE") AND SPENCER TUCKER, ("TUCKER") | § § § § § |
| Defendants. | § |

**CERTIFICATE OF INTERESTED PARTIES**

Plaintiff:  International Underwriters General Agency, Inc., by and through its attorney:

Christopher Lee Philippe
3 07-3 McFadden Drive
Brownsville, Texas 78521
Telephone: *(956) 544-6096*
Telecopier: *(956)* 982-1291

Defendants:  GE Reinsurance Corporation and Spencer Tucker, by and through their attorneys:

Attorney in Charge:
ROBERTA SHARP
State Bar No. 00788400
Southern District Bar No. 17556
Of Counsel:
RICK H. ROSENBLUM
State Bar No. 17276100
Southern District Bar No. 13015

Akin, Gump, Strauss, Hauer & Feld, L.L.P.
300 Convent Street, Suite 1500
San Antonio, Texas 78205
Telephone: (210) 281-7000
Telecopier: (210) 224-2035

1

Respectfully submitted,

By: _____
Christopher Lee Phillippe
Texas Bar No. 15915400
Federal ID: 709
307-3 McFadden Drive
Brownsville, Texas 78521
Tel. (956)544-6096
Fax. (956)982-1921
Attorney for Plaintiff
International Underwriters General Agency

## CERTIFICATE OF SERVICE

I certify that on July 24, 2003 a true and correct copy of the foregoing motion was served on the following counsel by Certified mail, return receipt requested and Facsimile.

Nada Ismael
Akin Gump Strauss Hauer & Feld L.L.P.
300 Convent STreet, Suite 1500
San Antonio, Texas 78205-3732
TEL: 210-281-7000
FAX: 210-224-2035

_____
Christopher Lee Phillippe

2