IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| INTERNATIONAL UNDERWRITERS GENERAL AGENCY,<br>Plaintiff, | §<br>§<br>§ | |
| vs. | § | CIVIL ACTION NO. B-03-108<br>Jury Demanded |
| GE REINSURANCE CORPORATION ("GE") AND SPENCER TUCKER ("TUCKER"),<br>Defendants. | §<br>§<br>§<br>§ | |

### MOTION FOR WITHDRAWAL OF COUNSEL

**TO THE HONORABLE JUDGE OF SAID COURT:**

**NOW COMES** Movant, Christopher Lee Phillippe, Attorney for Plaintiff, International Underwriters General Agency, (hereinafter Plaintiff), and brings this Motion for Withdrawal of Counsel, and in support thereof, shows the Court the following:

1.   Good cause exists for withdrawal of Movant as counsel because Movant is unable effectively to communicate with Plaintiff in a manner consistent with good attorney-client relations. Specifically, client refuses to respond to urgent phone messages and urgent faxes.

2.   The settings and deadlines in this case are as follows:

| DATE | TYPE OF DEADLINE |
|---|---|
| AUGUST 04, 2003 | CASE MANAGEMENT PLAN |
| AUGUST 18, 2003 | PRE-TRIAL CONFERENCE |
| AUGUST 29, 2003 | PROOF OF SERVICE |

3.   This Motion is not sought for the purposes of delay.

4.   A copy of this motion bearing the enclosed notice has been delivered to the last known address of Plaintiff.

1

       International Underwriters General Agency
       C/O Danny Hernandez
       P.O. Box 3966
       Brownsville, TX 78523

5.    Plaintiff is hereby notified in writing of the right to object to this motion.

### NOTICE

**You are hereby notified that this Motion for Withdrawal of Counsel is set for hearing at the time and place set out below. You do not have to agree to this motion. If you wish to contest the withdrawal of Christopher Lee Phillippe as your attorney, you should appear at the hearing. If you do not oppose Christopher Lee Phillippe's withdrawal as your attorney, you may notify Christopher Lee Phillippe in writing of your consent to this motion.**

**WHEREFORE, PREMISES CONSIDERED,** Movant prays that the Court enters an order discharging Movant as attorney of record for Plaintiff, International Underwriters General Agency, and for such other and further relief that may be awarded at law or in equity.

                        Respectfully submitted,

By: _____
Christopher Lee Phillippe
Texas Bar No. 15915400
Federal ID. 709
307-3 McFadden Drive
Brownsville, Texas 78521
Tel. (956)544-6096
Fax. (956)982-1921
Attorney for Plaintiff
International Underwriters General Agency

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **INTERNATIONAL UNDERWRITERS GENERAL AGENCY,**<br>　　　　**Plaintiff,**<br><br>**vs.**<br><br>**GE REINSURANCE CORPORATION ("GE") AND SPENCER TUCKER ("TUCKER"),**<br>　　　　**Defendants.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **CIVIL ACTION NO. B-03-108**<br>**Jury Demanded** |

## ORDER SETTING HEARING

The above and foregoing Christopher Lee Phillippe's Motion for Withdrawal of Counsel having been presented and duly considered, the Court is of the opinion that a hearing on same is necessary.

**IT IS THEREFORE ORDERED** that said Motion is set for hearing on _____ at _____, in the United States District Court for the Southern District of Texas Brownsville Division.

**SIGNED** on _____ , 2003.

                                                              _____
                                                              JUDGE PRESIDING

3

## CERTIFICATE OF SERVICE

I certify that on July 24, 2003 a true and correct copy of Christopher Lee Phillippe's Motion for Withdrawal of Counsel was served to each person listed below by the method indicated.

_____
Christopher Lee Phillippe

Nada Ismael
Attorney for GE Reinsurance Corporation ("GE") and Spencer Tucker ("TUCKER")
Akin Gump Strauss Hauer & Feld L.L.P.
300 Convent STreet, Suite 1500
San Antonio, Texas  78205-3732
TEL: 210-281-7000
FAX: 210-224-2035

_X_ Certified mail, return receipt requested

___ Personal delivery
___ Private delivery
_X_ Facsimile transfer

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| INTERNATIONAL UNDERWRITERS GENERAL AGENCY,<br>Plaintiff,<br><br>vs.<br><br>GE REINSURANCE CORPORATION ("GE") AND SPENCER TUCKER ("TUCKER"),<br>Defendants. | § § § § § § § § § § | CIVIL ACTION NO. B-03-108<br>Jury Demanded |

## ORDER GRANTING MOTION FOR WITHDRAWAL OF COUNSEL

On _____, 2003, the Court considered the Motion for Withdrawal of Counsel by Movant Christopher Lee Phillippe.

The Court finds that:

1. Good cause exists for withdrawal of Movant as counsel and withdrawal of Movant is not sought for delay only.

2. Christopher Lee Phillippe's difficulty communicating with Plaintiff constitutes grounds for withdrawal.

3. The current settings and deadlines are:

| DATE | TYPE OF DEADLINE |
|---|---|
| AUGUST 04, 2003 | CASE MANAGEMENT PLAN |
| AUGUST 18, 2003 | PRE-TRIAL CONFERENCE |
| AUGUST 29, 2003 | PROOF OF SERVICE |

**IT IS THEREFORE ORDERED** that Movant is permitted to withdraw as counsel of record for Plaintiff and **ORDERED** that all notices in this cause shall hereafter be served on Plaintiff either delivered in person or sent by certified and first class mail to the address in the motion.

IT IS FURTHER ORDERED that Christopher Lee Phillippe, Movant, immediately notify Plaintiff International Underwriters General Agency in writing of any additional settings or deadlines of which Christopher Lee Phillippe now has knowledge and has not already notified Plaintiff.

SIGNED on _____, 2003.

_____
JUDGE PRESIDING

APPROVED AS TO FORM:

_____
Christopher Lee Phillippe
Attorney for Plaintiff, International Underwriters
General Agency
307-3 McFadden Drive
Brownsville, Texas, 78521
Tel: (956) 544-6096
Fax: (956) 982-1921

_____
Roberta Sharp
Nada Ismail
Attorney for GE Reinsurance Corporation ("GE")
and Spencer Tucker ("TUCKER")
Akin Gump Strauss Hauer & Feld L.L.P.
300 Convent Street, Suite 1500
San Antonio, Texas, 78205-3732
Tel: 210-281-7000
Fax: 210-224-2035