IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 2 9 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| INTERNATIONAL UNDERWRITERS GENERAL AGENCY,<br>    PLAINTIFF, | §<br>§<br>§<br>§<br>§ | |
| v. | §<br>§<br>§ | C.A. NO. B-03-108 |
| GE REINSURANCE CORPORATION ("GE") AND SPENCER TUCKER (TUCKER),<br>    DEFENDANTS. | §<br>§<br>§<br>§ | |

## ORDER

BE IT REMEMBERED that on July 28, 2003, the Court considered attorney Christopher Lee Phillippe's Motion for Withdrawal of Counsel [Dkt. No. 6]. Mr. Phillippe represents Plaintiff in the above numbered cause of action. He states that he is unable to effectively communicate with Plaintiff, which is acting as an impediment to good attorney-client relations. As a result, Mr. Phillippe requests the Court grant him permission to withdraw as counsel from this case.

In light of this request, the Court **ORDERS** the Plaintiff to submit to the Court objections to the motion for withdrawal, if any, no later than Friday, August 8, 2003, at 3:00 p.m. If Plaintiff does not file any objections by this date, the Court will grant Mr. Phillippe's motion, and Plaintiff is instructed to inform the Court whether it intends to substitute counsel or proceed *pro se*. The Court **ORDERS** Mr. Phillippe to make further attempts to contact his client by phone concerning his request for withdrawal.

The Parties are reminded the scheduling order remains in place, and substitution of attorneys is not grounds for automatic extensions of deadlines or continuances. The deadline for the submission of the joint case management plan, however, will be altered to allow Plaintiff the opportunity to secure substitute counsel if it

so desires.  The joint case management plan is now due no later than Friday, August 15, 2003, at 3:00 p.m.

DONE this 28th day of July, at Brownsville Texas.

                                                            _____
                                                            Hilda G. Tagle
                                                            United States District Judge