9



# INTERNATIONAL UNDERWRITERS
## General Agency

August 6, 2003

Christopher Lee Phillippe
Attorney at Law
307-3 McFadden Drive
Brownsville, Texas 78520

United States District Court
Southern District of Texas
RECEIVED

AUG 07 2003

Michael N. Milby, Clerk of Court

United States District Court
Southern District of Texas
FILED

AUG 06 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

Re:   Case No: 2003-05-2265-C
      International Underwriters General Agency
      vs
      GE Reinsurance Corporation ("GE"), And Spencer Tucker ("Tucker")

Dear Mr. Phillippe:    B-03-108

Please accept this letter as a formal response from Alejandro Villarreal to your Motion for Withdrawal. This letter is our formal objection to your motion to withdraw and I request that you communicate such to the court. Your withdrawal from this case would make it extremely difficult for this company to have adequate representation, as there is not sufficient time. Absent of a continuance, we do not have sufficient time to secure additional counsel and to brief them effectively as to the specific nuances of this case.

Once again, we object to your withdrawal from this case at this time and hope that you will pass this information to the Court. By copy of this letter, I will also inform the Court of our decision.

I look forward to hearing from you soon.

Sincerely,

*[signature]*

Daniel T. Hernandez
Director of Operations

CC:   U. S. District Clerk
      600 East Harrison St., Room 101
      Brownsville, Texas 78521

**P.O. Box 3966, Brownsville, Texas  78523
Ph. (956) 544-3003    Fax: (956) 544-5855**