

UNITED STATES DISTRICT COURT
for the SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| INTERNATIONAL UNDERWRITERS GENERAL AGENCY, INC., | § § § | |
| Plaintiff, | § § | |
| v. | § | CIVIL ACTION NO. B-03-108 |
| GE REINSURANCE CORPORATION ("GE") AND SPENCER TUCKER, ("TUCKER") | § § § § § | |
| Defendants. | § § | |

United States District Court
Southern District of Texas
FILED

AUG 1 3 2003

Michael N. Milby
Clerk of Court

### UNOPPOSED MOTION FOR ADDITIONAL TIME TO FILE JOINT CASE MANAGEMENT PLAN

**TO THE HONORABLE JUDGE OF SAID COURT:**

   **NOW COMES** Plaintiff, International Underwriters General Agency, requests that the Court grant Plaintiff additional time in which to file the Joint Case Management Plan.

I.

1.   The deadline for filing the Joint Case Management Plan is August 15, 2003.

II.

2.   Plaintiff will not be able to file the Joint Case Management Plan for the following reasons, which constitute good cause for the extension of time.

   a.   Plaintiff needs time to secure the services of new counsel.

III.

3.   This extension of time is sought so that justice may be done, and not for purposes of delay. Plaintiff's attorney has consulted with opposing counsel and they are unopposed to this extension of time. Plaintiff's attorney has secured approval from his

client for this motion and client agrees to have obtained substituted counsel by this date.

## IV.

4. Granting this request for an enlargement of time to file will not delay the beginning of trial.

## V.

5. Plaintiff requests until September 29, 2003 to file the Joint Case Management Plan.

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff requests the Court to grant until September 29, 2003 to file the Joint Case Management Plan.

Respectfully submitted,

By: _____
Christopher Lee Phillippe
Texas Bar No. 15915400
307-3 McFadden Drive
Brownsville, Texas 78520
Tel. (956)544-6096
Fax. (956)982-1921
Attorney for Plaintiff
International Underwriters General Agency

By: _____
Nada Ismail
Attorney for GE Reinsurance
Corporation ("GE") and Spencer Tucker
("TUCKER")
Akin Gump Strauss Hauer & Feld L.L.P.
300 Convent Street, Suite 1500
San Antonio, Texas, 78205-3732
Tel: 210-281-7000
Fax: 210-224-2035

## CERTIFICATE OF SERVICE

I certify that on August 11, 2003, a true and correct copy of Unopposed Motion for Additional Time to File Joint Case Management Plan was served by facsimile and certified mail, return receipt requested # 7002 1000 0005 1024 2079 on Nada Ismail at Akin Gump Strauss Hauer & Feld L.L.P., 300 Convent Street, Suite 1500, San Antonio, Texas 78205-3732.

_____
Christopher Lee Philippe

## CERTIFICATE OF SERVICE

I certify that on August 11, 2003 a true and correct copy of Unopposed Motion for Additional Time to File Joint Case Management Plan was served facsimile and certified mail, return receipt requested #7002 1000 0005 1024 2086 on International Underwriters General Agency, C/O Alejandro Villarreal, P.O. Box 3966, Brownsville, Texas 78523.

_____
Christopher Lee Philippe

APPROVED AS TO CONTENT:

_____
Christopher Lee Phillippe
Attorney for Plaintiff, International Underwriters
General Agency
307-3 McFadden Drive
Brownsville, Texas, 78520
Tel: (956) 544-6096
Fax: (956) 982-1921


_____
Nada Ismail
Attorney for GE REINSURANCE
CORPORATION ("GE") and SPENCER
TUCKER ("TUCKER")
Akin Gump Strauss Hauer & Feld L.L.P.
300 Convent Street, Suite 1500
San Antonio, Texas, 78205-3732
Tel: 210-281-7000
Fax: 210-224-2035