UNITED STATES DISTRICT COURT
for the SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 1 4 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| INTERNATIONAL UNDERWRITERS GENERAL AGENCY, INC., | § § § | |
| Plaintiff | § § | |
| v. | § § | CIVIL ACTION NO. B-03-108 |
| GE REINSURANCE CORPORATION ("GE") AND SPENCER TUCKER, ("TUCKER") | § § § § | |
| Defendants | § § § | |

### NOTICE OF APPEARANCE OF COUNSEL AND DESIGNATION OF ATTORNEY IN CHARGE

GE Reinsurance Corporation ("GE") and Spencer Tucker ("Tucker"), the Defendants in the above-entitled and numbered cause, file this Notice of Appearance of Counsel and Designation of Attorney in Charge.

Roberta J. Sharp of the law firm of Akin, Gump, Strauss, Hauer & Feld, L.L.P. will serve as the Attorney in Charge for Defendant "GE" and "Tucker," in place of Rick H. Rosenblum of the law firm of Akin, Gump, Strauss, Hauer & Feld, L.L.P.

Notice of this designation has been provided to all other parties, according to Federal Rule of Civil Procedure 5.

Dated this 13th day of August, 2003.

1

066099.0003 San Antonio 334408 v1

Respectfully submitted,

AKIN, GUMP, STRAUSS, HAUER & FELD, L.L.P.
300 Convent, Suite 1500
San Antonio, Texas 78205
Telephone: (210) 281-7000
Telecopier: (210) 224-2035

_____
ROBERTA J. SHARP
State Bar No. 00788400
S.D. Bar No. 17556
RICK H. ROSENBLUM
State Bar No. 17276100
S.D. Bar No. 13015
NADA L. ISMAIL
State Bar No. 24036825
S.D. Bar No. 34907

Attorneys for Defendant
GE Reinsurance Corporation ("GE")
and Spencer Tucker ("Tucker")

### CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing instrument was served via *certified mail, return receipt requested* on this \_\_\_ day of August, 2003 on the following attorney:

Christopher Lee Phillippe
307-3 McFadden Drive
Brownsville, Texas 78521
Telephone: (956) 544-6096
Telecopier: (956) 982-1921

_____
NADA L. ISMAIL