/2

**UNITED STATES DISTRICT COURT**
**for the SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
FILED

AUG 1 4 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| INTERNATIONAL UNDERWRITERS GENERAL AGENCY, INC., | § § § | |
| **Plaintiff,** | § § | |
| v. | § § | CIVIL ACTION NO.  B-03-108 |
| GE REINSURANCE CORPORATION ("GE") AND SPENCER TUCKER, ("TUCKER") | § § § § | |
| **Defendants.** | § § | |

---

**AMENDED CERTIFICATE OF INTERESTED PARTIES**

---

Plaintiff:    International Underwriters General Agency, Inc., by and through its attorney:

Christopher Lee Phillippe
307-3 McFadden Drive
Brownsville, Texas  78521
Telephone:  (956) 544-6096
Telecopier:  (956) 982-1921

Defendants:   GE Reinsurance Corporation and Spencer Tucker, by and through their attorneys:

Attorney in Charge:
ROBERTA J. SHARP
State Bar No. 00788400
Southern District Bar No. 17556
RICK H. ROSENBLUM
State Bar No. 17276100
Southern District Bar No. 13015
NADA ISMAIL
State Bar No. 24036825
Southern District Bar No. 34907

Akin, Gump, Strauss, Hauer & Feld, L.L.P.
300 Convent Street, Suite 1500
San Antonio, Texas  78205

1

334372 v1

Telephone:  (210) 281-7000
Telecopier: (210) 224-2035

Respectfully submitted,

AKIN GUMP STRAUSS HAUER & FELD, LLP
300 Convent Street, Suite 1500
San Antonio, Texas  78205
Telephone:  210.281.7000
Telecopier: 210.224.2035

Attorney in Charge:
ROBERTA J. SHARP
State Bar No. 00788400
Southern District Bar No. 17556
RICK H. ROSENBLUM
State Bar No. 17276100
Southern District Bar No. 13015
NADA ISMAIL
State Bar No. 24036825
Southern District Bar No. 34907

ATTORNEYS FOR DEFENDANT GE
REINSURANCE CORPORATION

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served on the following counsel of record by *certified mail, return receipt requested*, on the 13th day of August, 2003:

Christopher Lee Phillippe
307-3 McFadden Drive
Brownsville, Texas  78521

NADA ISMAIL

2

334372 v1