IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 1 5 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| INTERNATIONAL UNDERWRITERS GENERAL AGENCY, <br> PLAINTIFF, | § § § § § | |
| v. | § | C.A. NO. B-03-108 |
| GE REINSURANCE CORPORATION ("GE") AND SPENCER TUCKER (TUCKER), <br> DEFENDANTS. | § § § § § § | |

### ORDER

BE IT REMEMBERED that on August 14, 2003, having received no objections from opposing counsel or the Plaintiff International Underwriters General Agency, Inc., the Court **GRANTED** attorney Christopher Lee Phillippe's Motion for Withdrawal of Counsel [Dkt. No. 6]. In addition, the Court **GRANTED** Plaintiff's Unopposed Motion for Additional Time to File Joint Case Management Plan [Dkt. No. 10]. As requested, this continuance will allow Plaintiff to secure new counsel.

The Initial Pretrial Conference scheduled for August 18, 2003, at 1:30 is **CANCELLED**. The Initial Pretrial Conference is rescheduled for October 27, 2003 at 2:30 p.m. The Joint Case Management Plan is due 14 days prior to the pretrial conference.

DONE this 14th day of August, 2003, at Brownsville Texas.

Hilda G. Tagle
United States District Judge