United States District Court
Southern District of Texas
ENTERED

AUG 1 8 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

United States District Court
Southern District of Texas
FILED

AUG 1 8 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| INTERNATIONAL UNDERWRITERS GENERAL AGENCY,     PLAINTIFF, | § § § § § | |
| v. | § | C.A. NO. B-03-108 |
| | § § | |
| GE REINSURANCE CORPORATION ("GE") AND SPENCER TUCKER (TUCKER),     DEFENDANTS. | § § § § | |

## ORDER

    BE IT REMEMBERED that on August 18, 2003, the Court modified its August 14, 2003, order. The Court, initially believing no objections had been filed by Plaintiff International Underwriters General Agency, Inc., granted attorney Christopher Lee Phillippe's Motion for Withdrawal of Counsel [Dkt. No. 6] and granted Plaintiff's Unopposed Motion for Additional Time to File Joint Case Management Plan [Dkt. No. 10]. The Court now understands Plaintiff objected to the withdrawal of counsel because there was not sufficient time to secure adequate representation, which would cause the Plaintiff prejudice. As requested by Christopher Lee Phillippe, the Court granted a continuance of the Initial Pretrial Conference. This continuance allows Plaintiff more than two additional months to secure new counsel. As insufficient time was the basis of Plaintiff's objection, the Court's continuance addresses Plaintiffs concerns.

    Thus, the Court reiterates the rulings contained in its August 14, 2003, order. The Court **GRANTS** attorney Christopher Lee Phillippe's Motion for Withdrawal of Counsel [Dkt. No. 6] and **GRANTS** Plaintiff's Unopposed Motion for Additional Time to File Joint Case Management Plan [Dkt. No. 10]. In addition, the Court **CANCELS** the

Initial Pretrial Conference scheduled for August 18, 2003, at 1:30 p.m. The Initial Pretrial Conference is rescheduled for October 27, 2003 at 2:30 p.m. The Joint Case Management Plan is due 14 days prior to the pretrial conference.

DONE this 18th day of August, 2003, at Brownsville Texas.

_____
Hilda G. Tagle
United States District Judge