*17*

# CHRISTOPHER LEE PHILLIPPE ❖

### ATTORNEY AT LAW

❖Roster of Neutrals,
   *American Arbitration Association*
❖ Certificated Mediator
❖Certificated Family Law Mediator

307-3 MCFADDEN DRIVE
BROWNSVILLE, TEXAS 78520
(956) 544-6096
TELECOPIER: (956) 982-1921

E-mail: cphillippe@riovalleycollections.com
Website: www.riovalleycollections.com

October 13, 2003

United States District Court
Southern District of Texas
FILED

OCT 1 4 2003

Michael N. Milby
Clerk of Court

Via Hand Delivery
Michael N. Milby
United State District Clerk
600 E. Harrison Street, Ste 101
Brownsville, Texas 78520

Re:    Cause No: B-03-108
       International Underwriters General Agency
       vs
       GE Reinsurance Corporation (GE) and Spencer Tucker (Tucker)

Dear Sirs:

It has been brought to my attention that there are some concerns that International Underwriters General Agency did not receive the Order signed by Judge Tagle on August 18, 2003.

To clear up any confusion, please find the following documents as proof of notice to International Underwriters General Agency:

- **Exhibit "A"** Fax Confirmation dated August 19, 2003; RE: Documents;
- **Exhibit "B"** Letter dated August 19, 2003, sent via U.S. First Class Mail, via Facsimile, and Via Certified Mail Return Receipt Requested #7002 1000 0005 1024 2024, RE: Order; Defendant's Proposed Case Management Plan; Notice of Appearance of Counsel; Designation fo Attorney in Charge; and Amended Certificate of Interested Parties;
- **Exhibit "C"** Fax Confirmation dated August 15, 2003, RE: Granted Motion;
- **Exhibit "D"** Letter dated August 15, 2003, sent via U.S. First Class Mail, via Facsimile, and Via Certified Mail Return Receipt Requested #7002 1000 0005 1024 2031, RE: Executed Order Granting Christopher Lee Phillippe's Motion for Withdrawal of Counsel and Plaintiff's Unopposed Motion for Additional Time to File Joint Case Management Plan; and
- **Exhibit "E"** Letter dated July 29, 2003 sent U.S. First Class Mail and Via Certified Mail Return Receipt Requested #: 7002 1000 0005 1024 1331 RE: Order Signed by Judge Tagle.

I would like to request the court to please remove my header from any all further pleadings and send all future notifications and documents directly to the International Underwriters General Agency at one of the following addresses:

International Underwriters General Agency
C/O Alejandro Villarreal
P.O. Box 3966
Brownsville, Texas 78523

International Underwriters General Agency
C/O Alejandro Villarreal
2045 Matehuala Court
Brownsville, Texas 78526

Should you have any questions or concerns, please do not hesitate to contact the undersigned.

Thank you,

Christopher Lee Phillippe
Attorney at Law

CLP/pg

cc:    Nada Ismael                                    Via Fax: (210)224-2035

# CHRISTOPHER LEE PHILLIPPE ❖

## ATTORNEY AT LAW

ROSTER OF NEUTRALS,
.. *AMERICAN ARBITRATION ASSOCIATION*
❖ CERTIFICATED MEDIATOR
❖CERTIFICATED FAMILY LAW MEDIATOR
❖FELLOW, COLLEGE OF THE STATE BAR

307-3 MCFADDEN DRIVE
BROWNSVILLE, TEXAS 78520
(956) 544-6096
TELECOPIER: (956) 982-1921

E-mail: cphillippe@cameroncountylawyer.com
Website: www.cameroncountylawyer.com

## FACSIMILE COVER SHEET

### PLEASE DELIVER THE FOLLOWING PAGES IMMEDIATELY:

| TO: | NAME: Danny Hernandez | DATE: August 19, 2003 |
|---|---|---|
| | Villa Group, Inc. | |
| | **FAX: (956)544-5855** | |
| RE | Documents | |
| | FROM:   Christopher Lee Phillippe | |
| | NUMBER OF PAGES FOLLOWING COVER SHEET: | 16 |
| | SENDER: PAT GORE | |
| | ORIGINALS:   ▶ WILL FOLLOW | ☐ WILL NOT FOLLOW |

The information contained in this facsimile message is Attorney Privileged and Confidential information intended only for the use of the individual or entity named above. If the recipient of this message is not the intended recipient or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone at (956) 544-6096 and return the original message to us at the above address via the U.S. Postal Service.

# Privileged and Confidential Attorney Work Product



# CHRISTOPHER LEE PHILLIPPE⬦

### ATTORNEY AT LAW

307-3 MCFADDEN DRIVE
BROWNSVILLE, TEXAS 78520
(956) 544-6096
TELECOPIER (956) 982-1921

⬦ROSTER OF NEUTRALS,
 AMERICAN ARBITRATION ASSOCIATION
⬦ CERTIFICATED MEDIATOR
⬦CERTIFICATED FAMILY LAW MEDIATOR
⬦FELLOW, COLLEGE OF THE STATE BAR

E-mail: cphillippe@cameroncountylawyer.com
Website: www.cameroncountylawyer.com

## FACSIMILE COVER SHEET

### PLEASE DELIVER THE FOLLOWING PAGES IMMEDIATELY:

| TO: | NAME: Danny Hernandez | DATE: August 19, 2003 |
|---|---|---|
| | Villa Group, Inc. | |
| | FAX: (956)544-5855 | |
| RE | Documents | |
| | FROM:   Christopher Lee Phillippe | |
| | NUMBER OF PAGES FOLLOWING COVER SHEET: | 16 |
| | SENDER: NOT SURE | |
| | ORIGINALS:    ☒ WILL FOLLOW | ☐ WILL NOT FOLLOW |

The information contained in this facsimile message is Attorney Privileged and Confidential information intended only for the use of the individual or entity named above. If the recipient of this message is not the intended recipient or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone at (956) 544-6096 and return the original message to us at the above address via the U.S. Postal Service.

# Privileged and Confidential
# Attorney Work Product

## TX RESULT REPORT

NAME:CHRIS PHILLIPPE ATTORNEY
TEL :9569821921
DATE:AUG.19'2003 08:14

| SESSION | FUNCTION | NO. | DESTINATION STATION | DATE | TIME | PAGE | DURATION | MODE | RESULT |
|---|---|---|---|---|---|---|---|---|---|
| 2077 | TX | 01 | 5445855 | AUG.19 | 08:09 | 017 | 00H04'36" | ECM | OK |

# CHRISTOPHER LEE PHILLIPPE ❖

### ATTORNEY AT LAW

oster of Neutrals,
- *American Arbitration Association*
❖ Certificated Mediator
❖Certificated Family Law Mediator

307-3 MCFADDEN DRIVE
BROWNSVILLE, TEXAS 78520
(956) 544-6096
TELECOPIER: (956) 982-1921

E-mail: cphillippe@riovalleycollections.com
Website: www.riovalleycollections.com

August 19, 2003

Via Certified Mail #: 7002 1000 0005 1024 2024
and Via U.S. First Class Mail and Via Facsimile
International Underwriters General Agency
C/O Alejandro Villarreal
P.O. Box 3966
Brownsville, Texas 78523

> Re:  Case No: 2003-05-2265-C
>      **International Underwriters General Agency**
>      **vs**
>      **Ge Reinsurance Corporation ("Ge"), And Spencer Tucker ("Tucker")**

Dear Mr. Villarreal:

Enclosed please find a copy of the following documents:

- Order;
- Defendants Proposed Case Management Plan;
- Notice of Appearance of Counsel;
- Designation of Attorney In Charge; and
- Amended Certificate of Interested Parties

on the above referenced cause.

Please keep in a safe and secure place.

Should you have any questions, please do not hesitate to contact the undersigned.

Sincerely,

Christopher Lee Phillippe
Attorney At Law

CLP: pg
Enc.



# CHRISTOPHER LEE PHILLIPPE ❖

### ATTORNEY AT LAW
307-3 MCFADDEN DRIVE
BROWNSVILLE, TEXAS 78520
(956) 544-6096
TELECOPIER: (956) 982-1921

E-mail: cphillippe@cameroncountylawyer.com
Website: www.cameroncountylawyer.com

˄ROSTER OF NEUTRALS,
.. AMERICAN ARBITRATION ASSOCIATION
❖ CERTIFICATED MEDIATOR
❖CERTIFICATED FAMILY LAW MEDIATOR
❖FELLOW, COLLEGE OF THE STATE BAR

## FACSIMILE COVER SHEET

## PLEASE DELIVER THE FOLLOWING PAGES IMMEDIATELY:

| TO: | NAME: Danny Hernandez | DATE: August 15, 2003 |
|---|---|---|
| | Villa Group, Inc. | |
| | **FAX: (956)544-5855** | |
| RE | Granted Motion | |
| | FROM:   Christopher Lee Phillippe | |
| | NUMBER OF PAGES FOLLOWING COVER SHEET: | 1 |
| | SENDER: **PAT GORE** | |
| | ORIGINALS: | ▶ WILL FOLLOW | ☐ WILL NOT FOLLOW |

The information contained in this facsimile message is Attorney Privileged and Confidential information intended only for the use of the individual or entity named above. If the recipient of this message is not the intended recipient or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone at (956) 544-6096 and return the original message to us at the above address via the U.S. Postal Service.

# Privileged and Confidential Attorney Work Product



# CHRISTOPHER LEE PHILLIPPE

### ATTORNEY AT LAW
307-3 MCFADDEN DRIVE
BROWNSVILLE, TEXAS 78520
(956) 544-6096
TELECOPIER: (956) 982-1921

E-mail: cphillippe@cameroncountylawyer.com
Website: www.cameroncountylawyer.com

◆ROSTER OF NEUTRALS,
  AMERICAN ARBITRATION ASSOCIATION
◆ CERTIFICATED MEDIATOR
◆CERTIFICATED FAMILY LAW MEDIATOR
◆FELLOW, COLLEGE OF THE STATE BAR

## FACSIMILE COVER SHEET

### PLEASE DELIVER THE FOLLOWING PAGES IMMEDIATELY:

| TO: | NAME: Danny Hernandez | DATE: August 15, 2003 |
|---|---|---|
| | Villa Group, Inc. | |
| | FAX: (956)544-5855 | |
| RE | Granted Motion | |
| | FROM:  Christopher Lee Phillippe | |
| | NUMBER OF PAGES FOLLOWING COVER SHEET: | 1 |
| | SENDER: NOT SURE | |
| | ORIGINALS: | ☑ WILL FOLLOW | ☐ WILL NOT FOLLOW |

The information contained in this facsimile message is Attorney Privileged and Confidential Information intended only for the use of the individual or entity named above.  If the recipient of this message is not the intended recipient or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please immediately notify us by telephone at (956) 544-6096 and return the original message to us at the above address via the U.S. Postal Service.

# Privileged and Confidential Attorney Work Product

## TX  RESULT  REPORT

NAME:CHRIS PHILLIPPE ATTORNEY
TEL :9569821921
DATE:AUG.15'2003 14:28

| SESSION | FUNCTION | NO. | DESTINATION STATION | DATE | TIME | PAGE | DURATION | MODE | RESULT |
|---|---|---|---|---|---|---|---|---|---|
| 2057 | TX | 01 | 5445855 | AUG.15 | 14:27 | 002 | 00H00'45" | ECM | OK |

# CHRISTOPHER LEE PHILLIPPE ✧

## ATTORNEY AT LAW

307-3 MCFADDEN DRIVE
BROWNSVILLE, TEXAS 78520
(956) 544-6096
TELECOPIER: (956) 982-1921

✧Roster of Neutrals,
   *American Arbitration Association*
✧ Certificated Mediator
✧Certificated Family Law Mediator

E-mail: cphillippe@riovalleycollections.com
Website: www.riovalleycollections.com

August 15, 2003

International Underwriters General Agency
C/O Alejandro Villarreal
P.O. Box 3966
Brownsville, Texas 78526

Via CMRRR #: 7002 1000 0005 1024 2031
and Via U.S. First Class Mail
and Facsimile (956) 544-5855

Re:    Case No: 2003-05-2265-C
       **International Underwriters General Agency**
       **vs**
       **Ge Reinsurance Corporation ("Ge"), And Spencer Tucker**
       **("Tucker")**

Dear Mr. Villarreal:

      Enclosed please find a file stamped executed copy Granting "Christopher Lee Phillippe's Motion for Withdrawal of Counsel" and Granting "Plaintiff's Unopposed Motion for Additional Time to File Joint Case Management Plan" on the above referenced cause.

      Please keep in a safe and secure place.

      Should you have any questions, please do not hesitate to contact the undersigned.

                Sincerely,

                Christopher Lee Phillippe
                Attorney At Law

CLP: pg
Enc.



IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 1 5 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| INTERNATIONAL UNDERWRITERS GENERAL AGENCY, PLAINTIFF, | §<br>§<br>§<br>§<br>§ |
| v. | § |
| | §<br>§ |
| GE REINSURANCE CORPORATION ("GE") AND SPENCER TUCKER (TUCKER), DEFENDANTS. | §<br>§<br>§<br>§<br>§ |

C.A. NO. B-03-108

## ORDER

BE IT REMEMBERED that on August 14, 2003, having received no objections from opposing counsel or the Plaintiff International Underwriters General Agency, Inc., the Court **GRANTED** attorney Christopher Lee Phillippe's Motion for Withdrawal of Counsel [Dkt. No. 6]. In addition, the Court **GRANTED** Plaintiff's Unopposed Motion for Additional Time to File Joint Case Management Plan [Dkt. No. 10]. As requested, this continuance will allow Plaintiff to secure new counsel.

The Initial Pretrial Conference scheduled for August 18, 2003, at 1:30 is **CANCELLED**. The Initial Pretrial Conference is rescheduled for October 27, 2003 at 2:30 p.m. The Joint Case Management Plan is due 14 days prior to the pretrial conference.

DONE this 14th day of August, 2003, at Brownsville Texas.

Hilda G. Tagle
United States District Judge

# CHRISTOPHER LEE PHILLIPPE ❖

## ATTORNEY AT LAW
307-3 MCFADDEN DRIVE
BROWNSVILLE, TEXAS 78520
(956) 544-6096
TELECOPIER: (956) 982-1921

➤ Roster of Neutrals,
   *American Arbitration Association*
❖ Certificated Mediator
❖ Certificated Family Law Mediator

E-mail: cphillippe@riovalleycollections.com
Website: www.riovalleycollections.com

July 29, 2003

Via Certified Mail #: 7002 1000 0005 1024 1331
and Via U.S. First Class Mail
International Underwriters General Agency
C/O Alejandro Villarreal
2045 Matehuala Court
Brownsville, Texas 78526

Re:    Case No: 2003-05-2265-C
       **International Underwriters General Agency**
       **vs**
       **Ge Reinsurance Corporation ("Ge"), And Spencer Tucker
       ("Tucker")**

Dear Mr. Villarreal:

Enclosed please find a copy of the "Order" signed by Judge Tagle on the above referenced cause.

Please keep in a safe and secure place.

Should you have any questions, please do not hesitate to contact the undersigned.

Sincerely,

Christopher Lee Phillippe
Attorney At Law

CLP: pg
Enc.



IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 2 9 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| INTERNATIONAL UNDERWRITERS GENERAL AGENCY, PLAINTIFF, | § § § § § | |
| v. | § § § | C.A. NO. B-03-108 |
| GE REINSURANCE CORPORATION ("GE") AND SPENCER TUCKER (TUCKER), DEFENDANTS. | § § § § § | |

## ORDER

BE IT REMEMBERED that on July 28, 2003, the Court considered attorney Christopher Lee Phillippe's Motion for Withdrawal of Counsel [Dkt. No. 6]. Mr. Phillippe represents Plaintiff in the above numbered cause of action. He states that he is unable to effectively communicate with Plaintiff, which is acting as an impediment to good attorney-client relations. As a result, Mr. Phillippe requests the Court grant him permission to withdraw as counsel from this case.

In light of this request, the Court **ORDERS** the Plaintiff to submit to the Court objections to the motion for withdrawal, if any, no later than Friday, August 8, 2003, at 3:00 p.m. If Plaintiff does not file any objections by this date, the Court will grant Mr. Phillippe's motion, and Plaintiff is instructed to inform the Court whether it intends to substitute counsel or proceed *pro se*. The Court **ORDERS** Mr. Phillippe to make further attempts to contact his client by phone concerning his request for withdrawal.

The Parties are reminded the scheduling order remains in place, and substitution of attorneys is not grounds for automatic extensions of deadlines or continuances. The deadline for the submission of the joint case management plan, however, will be altered to allow Plaintiff the opportunity to secure substitute counsel if it

so desires.  The joint case management plan is now due no later than Friday, August 15, 2003, at 3:00 p.m.

DONE this 28th day of July, at Brownsville Texas.

_____
Hilda G. Tagle
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 2 9 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| INTERNATIONAL UNDERWRITERS GENERAL AGENCY,<br>PLAINTIFF, | § § § § § | |
| v. | § § | C.A. NO. B-03-108 |
| GE REINSURANCE CORPORATION ("GE") AND SPENCER TUCKER (TUCKER),<br>DEFENDANTS. | § § § § § | |

## ORDER

BE IT REMEMBERED that on July 28, 2003, the Court considered attorney Christopher Lee Phillippe's Motion for Withdrawal of Counsel [Dkt. No. 6]. Mr. Phillippe represents Plaintiff in the above numbered cause of action. He states that he is unable to effectively communicate with Plaintiff, which is acting as an impediment to good attorney-client relations. As a result, Mr. Phillippe requests the Court grant him permission to withdraw as counsel from this case.

In light of this request, the Court **ORDERS** the Plaintiff to submit to the Court objections to the motion for withdrawal, if any, no later than Friday, August 8, 2003, at 3:00 p.m. If Plaintiff does not file any objections by this date, the Court will grant Mr. Phillippe's motion, and Plaintiff is instructed to inform the Court whether it intends to substitute counsel or proceed *pro se.* The Court **ORDERS** Mr. Phillippe to make further attempts to contact his client by phone concerning his request for withdrawal.

The Parties are reminded the scheduling order remains in place, and substitution of attorneys is not grounds for automatic extensions of deadlines or continuances. The deadline for the submission of the joint case management plan, however, will be altered to allow Plaintiff the opportunity to secure substitute counsel if it

so desires.  The joint case management plan is now due no later than Friday, August 15, 2003, at 3:00 p.m.

DONE this 28th day of July, at Brownsville Texas.

Hilda G. Tagle
United States District Judge

# CHRISTOPHER LEE PHILLIPPE ◆

## ATTORNEY AT LAW

◆Roster of Neutrals,
   *American Arbitration Association*
◆ Certificated Mediator
◆Certificated Family Law Mediator

307-3 MCFADDEN DRIVE
BROWNSVILLE, TEXAS 78520
(956) 544-6096
TELECOPIER: (956) 982-1921

E-mail: cphillippe@riovalleycollections.com
Website: www.riovalleycollections.com

October 13, 2003

Via Hand Delivery
Michael N. Milby
United State District Clerk
600 E. Harrison Street, Ste 101
Brownsville, Texas 78520

      Re:    Cause No: B-03-108
             International Underwriters General Agency
             vs
             GE Reinsurance Corporation (GE) and Spencer Tucker (Tucker)

Dear Sirs:

    It has been brought to my attention that there are some concerns that International Underwriters General Agency did not receive the Order signed by Judge Tagle on August 18, 2003.

    To clear up any confusion, please find the following documents as proof of notice to International Underwriters General Agency:

- **Exhibit "A"** Fax Confirmation dated August 19, 2003; RE: Documents;
- **Exhibit "B"** Letter dated August 19, 2003, sent via U.S. First Class Mail, via Facsimile, and Via Certified Mail Return Receipt Requested #7002 1000 0005 1024 2024, RE: Order; Defendant's Proposed Case Management Plan; Notice of Appearance of Counsel; Designation fo Attorney in Charge; and Amended Certificate of Interested Parties;
- **Exhibit "C"** Fax Confirmation dated August 15, 2003, RE: Granted Motion;
- **Exhibit "D"** Letter dated August 15, 2003, sent via U.S. First Class Mail, via Facsimile, and Via Certified Mail Return Receipt Requested #7002 1000 0005 1024 2031, RE: Executed Order Granting Christopher Lee Phillippe's Motion for Withdrawal of Counsel and Plaintiff's Unopposed Motion for Additional Time to File Joint Case Management Plan; and
- **Exhibit "E"** Letter dated July 29, 2003 sent U.S. First Class Mail and Via Certified Mail Return Receipt Requested #: 7002 1000 0005 1024 1331 RE: Order Signed by Judge Tagle.

I would like to request the court to please remove my header from any all further pleadings and send all future notifications and documents directly to the International Underwriters General Agency at one of the following addresses:

International Underwriters General Agency
C/O Alejandro Villarreal
P.O. Box 3966
Brownsville, Texas 78523

International Underwriters General Agency
C/O Alejandro Villarreal
2045 Matehuala Court
Brownsville, Texas 78526

Should you have any questions or concerns, please do not hesitate to contact the undersigned.

Thank you,

Christopher Lee Phillippe
Attorney at Law

CLP/pg

cc:   Nada Ismael                                    Via Fax: (210)224-2035

# CHRISTOPHER LEE PHILLIPPE

### ATTORNEY AT LAW

307-3 MCFADDEN DRIVE
BROWNSVILLE, TEXAS 78520
(956) 544-6096
TELECOPIER: (956) 982-1921

'OSTER OF NEUTRALS,
.. *AMERICAN ARBITRATION ASSOCIATION*
❖ CERTIFICATED MEDIATOR
❖CERTIFICATED FAMILY LAW MEDIATOR
❖FELLOW, COLLEGE OF THE STATE BAR

E-mail: cphillippe@cameroncountylawyer.com
Website: www.cameroncountylawyer.com

## FACSIMILE COVER SHEET

### PLEASE DELIVER THE FOLLOWING PAGES IMMEDIATELY:

| TO: | NAME: Danny Hernandez | DATE: August 19, 2003 |
|-----|------------------------|------------------------|
|     | Villa Group, Inc. | |
|     | **FAX: (956)544-5855** | |
| RE  | Documents | |
|     | FROM:   Christopher Lee Phillippe | |
|     | NUMBER OF PAGES FOLLOWING COVER SHEET: | 16 |
|     | SENDER: PAT GORE | |
|     | ORIGINALS:   ▶ WILL FOLLOW | ☐ WILL NOT FOLLOW |

The information contained in this facsimile message is Attorney Privileged and Confidential information intended only for the use of the individual or entity named above. If the recipient of this message is not the intended recipient or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone at (956) 544-6096 and return the original message to us at the above address via the U.S. Postal Service.

# Privileged and Confidential Attorney Work Product


EXHIBIT
"A"

# CHRISTOPHER LEE PHILLIPPE

## ATTORNEY AT LAW

◆ROSTER OF NEUTRALS,
AMERICAN ARBITRATION ASSOCIATION
◆ CERTIFICATED MEDIATOR
◆CERTIFICATED FAMILY LAW MEDIATOR
◆FELLOW, COLLEGE OF THE STATE BAR

307-3 MCFADDEN DRIVE
BROWNSVILLE, TEXAS 78520
(956) 544-6096
TELECOPIER (956) 982-1921

E-mail: cphillippe@cameroncountylawyer.com
Website: www.cameroncountylawyer.com

### FACSIMILE COVER SHEET

PLEASE DELIVER THE FOLLOWING PAGES IMMEDIATELY:

| TO: | NAME: Danny Hernandez | | DATE: August 19, 2003 |
|-----|------------------------|--|------------------------|
| | Villa Group, Inc. | | |
| | FAX: (956)544-5855 | | |
| RE | Documents | | |
| | FROM:   Christopher Lee Phillippe | | |
| | NUMBER OF PAGES FOLLOWING COVER SHEET: | | 16 |
| | SENDER: PAT GORE | | |
| | ORIGINALS:   ☒ WILL FOLLOW | ☐ WILL NOT FOLLOW | |

The information contained in this facsimile message is Attorney Privileged and Confidential information intended only for the use of the individual or entity named above. If the recipient of this message is not the intended recipient or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone at (956) 544-6096 and return the original message to us at the above address via the U.S. Postal Service.

# Privileged and Confidential Attorney Work Product

### TX    RESULT   REPORT

NAME:CHRIS PHILLIPPE ATTORNEY
TEL :9569821921
DATE:AUG.19'2003 08:14

| SESSION | FUNCTION | NO. | DESTINATION   STATION | DATE | TIME | PAGE | DURATION | MODE | RESULT |
|---------|----------|-----|------------------------|------|------|------|----------|------|--------|
| 2077 | TX | 01 | 5445855 | AUG.19 | 08:09 | 017 | 00H04'36" | ECM | OK |

# CHRISTOPHER LEE PHILLIPPE ❖

## ATTORNEY AT LAW
307-3 MCFADDEN DRIVE
BROWNSVILLE, TEXAS 78520
(956) 544-6096
TELECOPIER: (956) 982-1921

oster of Neutrals,
·· *American Arbitration Association*
❖ Certificated Mediator
❖Certificated Family Law Mediator

E-mail: cphillippe@riovalleycollections.com
Website: www.riovalleycollections.com

August 19, 2003

Via Certified Mail #: 7002 1000 0005 1024 2024
and Via U.S. First Class Mail and Via Facsimile
International Underwriters General Agency
C/O Alejandro Villarreal
P.O. Box 3966
Brownsville, Texas 78523

Re:     Case No: 2003-05-2265-C
        International Underwriters General Agency
        vs
        Ge Reinsurance Corporation ("Ge"), And Spencer Tucker ("Tucker")

Dear Mr. Villarreal:

Enclosed please find a copy of the following documents:

- Order;
- Defendants Proposed Case Management Plan;
- Notice of Appearance of Counsel;
- Designation of Attorney In Charge; and
- Amended Certificate of Interested Parties

on the above referenced cause.

Please keep in a safe and secure place.

Should you have any questions, please do not hesitate to contact the undersigned.

Sincerely,

Christopher Lee Phillippe
Attorney At Law

CLP: pg
Enc.

EXHIBIT
"B"

# CHRISTOPHER LEE PHILLIPPE ❖

### ATTORNEY AT LAW
307-3 MCFADDEN DRIVE
BROWNSVILLE, TEXAS 78520
(956) 544-6096
TELECOPIER: (956) 982-1921

E-mail: cphillippe@cameroncountylawyer.com
Website: www.cameroncountylawyer.com

❖ROSTER OF NEUTRALS,
.. *AMERICAN ARBITRATION ASSOCIATION*
❖ CERTIFICATED MEDIATOR
❖CERTIFICATED FAMILY LAW MEDIATOR
❖FELLOW, COLLEGE OF THE STATE BAR

## FACSIMILE COVER SHEET

## PLEASE DELIVER THE FOLLOWING PAGES IMMEDIATELY:

| TO: | NAME: Danny Hernandez | DATE: August 15, 2003 |
|---|---|---|
| | Villa Group, Inc. | |
| | **FAX:** (956)544-5855 | |
| RE | Granted Motion | |
| | FROM:   Christopher Lee Phillippe | |
| | NUMBER OF PAGES FOLLOWING COVER SHEET: | 1 |
| | SENDER: PAT GORE | |
| | ORIGINALS: | ▶ WILL FOLLOW | ☐ WILL NOT FOLLOW |

The information contained in this facsimile message is Attorney Privileged and Confidential information intended only for the use of the individual or entity named above.  If the recipient of this message is not the intended recipient or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please immediately notify us by telephone at (956) 544-6096 and return the original message to us at the above address via the U.S. Postal Service.

# Privileged and Confidential
# Attorney Work Product


EXHIBIT
"C"

# CHRISTOPHER LEE PHILLIPPE

### ATTORNEY AT LAW
307-3 MCFADDEN DRIVE
BROWNSVILLE, TEXAS 78520
(956) 544-6096
TELECOPIER: (956) 982-1921

✦ROSTER OF NEUTRALS,
    *AMERICAN ARBITRATION ASSOCIATION*
✦ CERTIFICATED MEDIATOR
✦CERTIFICATED FAMILY LAW MEDIATOR
✦FELLOW, COLLEGE OF THE STATE BAR

E-mail: cphillippe@cameroncountylawyer.com
Website: www. cameroncountylawyer.com

## FACSIMILE COVER SHEET

### PLEASE DELIVER THE FOLLOWING PAGES IMMEDIATELY:

| TO: | NAME: Danny Hernandez | DATE: August 15, 2003 |
|---|---|---|
| | Villa Group, Inc. | |
| | FAX: (956)544-5855 | |
| RE | Granted Motion | |
| | FROM:   Christopher Lee Phillippe | |
| | NUMBER OF PAGES FOLLOWING COVER SHEET: | 1 |
| | SENDER: PAT GORE | |
| | ORIGINALS: | ☒ WILL FOLLOW | ☐ WILL NOT FOLLOW |

The information contained in this facsimile message is Attorney Privileged and Confidential information intended only for the use of the individual or entity named above.  If the recipient of this message is not the intended recipient or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please immediately notify us by telephone at (956) 544-6096 and return the original message to us at the above address via the U.S. Postal Service

# Privileged and Confidential Attorney Work Product

## TX   RESULT   REPORT

NAME:CHRIS PHILLIPPE ATTORNEY
TEL :9569821921
DATE:AUG.15'2003 14:28

| SESSION | FUNCTION | NO. | DESTINATION   STATION | DATE | TIME | PAGE | DURATION | MODE | RESULT |
|---|---|---|---|---|---|---|---|---|---|
| 2057 | TX | 01 | 5445855 | AUG.15 | 14:27 | 002 | 00H00'45" | ECM | OK |

# CHRISTOPHER LEE PHILLIPPE ❖

## ATTORNEY AT LAW

❖Roster of Neutrals,
   *American Arbitration Association*
❖ Certificated Mediator
❖Certificated Family Law Mediator

307-3 MCFADDEN DRIVE
BROWNSVILLE, TEXAS 78520
(956) 544-6096
TELECOPIER: (956) 982-1921

E-mail: cphillippe@riovalleycollections.com
Website: www.riovalleycollections.com

August 15, 2003

International Underwriters General Agency
C/O Alejandro Villarreal
P.O. Box 3966
Brownsville, Texas 78526

Via CMRRR #: 7002 1000 0005 1024 2031
and Via U.S. First Class Mail
and Facsimile (956) 544-5855

Re:   Case No: 2003-05-2265-C
     **International Underwriters General Agency**
     **vs**
     **Ge Reinsurance Corporation ("Ge"), And Spencer Tucker ("Tucker")**

Dear Mr. Villarreal:

Enclosed please find a file stamped executed copy Granting "Christopher Lee Phillippe's Motion for Withdrawal of Counsel" and Granting "Plaintiff's Unopposed Motion for Additional Time to File Joint Case Management Plan" on the above referenced cause.

Please keep in a safe and secure place.

Should you have any questions, please do not hesitate to contact the undersigned.

Sincerely,

Christopher Lee Phillippe
Attorney At Law

CLP: pg
Enc.

**EXHIBIT**
"D"

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 1 5 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| INTERNATIONAL UNDERWRITERS<br>GENERAL AGENCY,<br>       PLAINTIFF,<br><br>v.<br><br>GE REINSURANCE CORPORATION<br>("GE") AND SPENCER TUCKER<br>(TUCKER),<br>       DEFENDANTS. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

C.A. NO. B-03-108

## ORDER

BE IT REMEMBERED that on August 14, 2003, having received no objections from opposing counsel or the Plaintiff International Underwriters General Agency, Inc., the Court **GRANTED** attorney Christopher Lee Phillippe's Motion for Withdrawal of Counsel [Dkt. No. 6]. In addition, the Court **GRANTED** Plaintiff's Unopposed Motion for Additional Time to File Joint Case Management Plan [Dkt. No. 10]. As requested, this continuance will allow Plaintiff to secure new counsel.

The Initial Pretrial Conference scheduled for August 18, 2003, at 1:30 is **CANCELLED**. The Initial Pretrial Conference is rescheduled for October 27, 2003 at 2:30 p.m. The Joint Case Management Plan is due 14 days prior to the pretrial conference.

DONE this 14th day of August, 2003, at Brownsville Texas.

_____

Hilda G. Tagle
United States District Judge

# CHRISTOPHER LEE PHILLIPPE ✧

### ATTORNEY AT LAW
307-3 MCFADDEN DRIVE
BROWNSVILLE, TEXAS 78520
(956) 544-6096
TELECOPIER: (956) 982-1921

›Roster of Neutrals,
*American Arbitration Association*
✧ Certificated Mediator
✧Certificated Family Law Mediator

E-mail: cphillippe@riovalleycollections.com
Website: www.riovalleycollections.com

July 29, 2003

Via Certified Mail #: 7002 1000 0005 1024 1331
and Via U.S. First Class Mail
International Underwriters General Agency
C/O Alejandro Villarreal
2045 Matehuala Court
Brownsville, Texas 78526

Re:   Case No: 2003-05-2265-C
      **International Underwriters General Agency**
      **vs**
      **Ge Reinsurance Corporation ("Ge"), And Spencer Tucker**
      **("Tucker")**

Dear Mr. Villarreal:

Enclosed please find a copy of the "Order" signed by Judge Tagle on the above referenced cause.

Please keep in a safe and secure place.

Should you have any questions, please do not hesitate to contact the undersigned.

Sincerely,

Christopher Lee Phillippe
Attorney At Law

CLP: pg
Enc.



EXHIBIT
"E"

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 2 9 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| INTERNATIONAL UNDERWRITERS GENERAL AGENCY, PLAINTIFF, | § § § § § | |
| v. | § § § | C.A. NO. B-03-108 |
| GE REINSURANCE CORPORATION ("GE") AND SPENCER TUCKER (TUCKER), DEFENDANTS. | § § § § § | |

## ORDER

BE IT REMEMBERED that on July 28, 2003, the Court considered attorney Christopher Lee Phillippe's Motion for Withdrawal of Counsel [Dkt. No. 6]. Mr. Phillippe represents Plaintiff in the above numbered cause of action. He states that he is unable to effectively communicate with Plaintiff, which is acting as an impediment to good attorney-client relations. As a result, Mr. Phillippe requests the Court grant him permission to withdraw as counsel from this case.

In light of this request, the Court **ORDERS** the Plaintiff to submit to the Court objections to the motion for withdrawal, if any, no later than Friday, August 8, 2003, at 3:00 p.m. If Plaintiff does not file any objections by this date, the Court will grant Mr. Phillippe's motion, and Plaintiff is instructed to inform the Court whether it intends to substitute counsel or proceed *pro se*. The Court **ORDERS** Mr. Phillippe to make further attempts to contact his client by phone concerning his request for withdrawal.

The Parties are reminded the scheduling order remains in place, and substitution of attorneys is not grounds for automatic extensions of deadlines or continuances. The deadline for the submission of the joint case management plan, however, will be altered to allow Plaintiff the opportunity to secure substitute counsel if it

so desires.  The joint case management plan is now due no later than Friday, August 15, 2003, at 3:00 p.m.

DONE this 28th day of July, at Brownsville Texas.

Hilda G. Tagle
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 2 9 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| INTERNATIONAL UNDERWRITERS<br>GENERAL AGENCY,<br>          PLAINTIFF,<br><br>v.<br><br>GE REINSURANCE CORPORATION<br>("GE") AND SPENCER TUCKER<br>(TUCKER),<br>          DEFENDANTS. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | C.A. NO. B-03-108 |

## ORDER

BE IT REMEMBERED that on July 28, 2003, the Court considered attorney Christopher Lee Phillippe's Motion for Withdrawal of Counsel [Dkt. No. 6]. Mr. Phillippe represents Plaintiff in the above numbered cause of action. He states that he is unable to effectively communicate with Plaintiff, which is acting as an impediment to good attorney-client relations. As a result, Mr. Phillippe requests the Court grant him permission to withdraw as counsel from this case.

In light of this request, the Court **ORDERS** the Plaintiff to submit to the Court objections to the motion for withdrawal, if any, no later than Friday, August 8, 2003, at 3:00 p.m. If Plaintiff does not file any objections by this date, the Court will grant Mr. Phillippe's motion, and Plaintiff is instructed to inform the Court whether it intends to substitute counsel or proceed *pro se*. The Court **ORDERS** Mr. Phillippe to make further attempts to contact his client by phone concerning his request for withdrawal.

The Parties are reminded the scheduling order remains in place, and substitution of attorneys is not grounds for automatic extensions of deadlines or continuances. The deadline for the submission of the joint case management plan, however, will be altered to allow Plaintiff the opportunity to secure substitute counsel if it

so desires.  The joint case management plan is now due no later than Friday, August 15, 2003, at 3:00 p.m.

DONE this 28th day of July, at Brownsville Texas.

Hilda G. Tagle
United States District Judge