IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| INTERNATIONAL UNDERWRITERS GENERAL AGENCY, <br> PLAINTIFF, | § § § § | |
| vs. | § § | C.A. NO. B-03-108 |
| GE REINSURANCE CORPORATION ("GE") AND SPENCER TUCKER (TUCKER), <br> DEFENDANTS, | § § § § | |

United States District Court
Southern District of Texas
FILED

OCT 2 7 2003

Michael N. Milby
Clerk of Court

## APPEARANCE OF ATTORNEY OF RECORD AND DESIGNATION OF LEAD COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

W. MICHAEL FISHER, of the law firm of ROERIG, OLIVEIRA & FISHER, L.L.P., hereby enters his appearance as attorney of record for International Underwriters General Agency, Plaintiff herein, and designate W. Michael Fisher as attorney in charge.

Respectfully submitted,

ROERIG, OLIVEIRA & FISHER, L.L.P.
855 West Price Road, Suite 9
Brownsville, Texas 78520
(956) 542-5666
(956) 542-0016 FAX

ATTORNEYS FOR INTERNATIONAL UNDERWRITERS GENERAL AGENCY

By: _____
W. MICHAEL FISHER
Federal Admission No. 1080
State Bar No. 07062420

## CERTIFICATE OF SERVICE

I, W. MICHAEL FISHER, hereby certify that a true and correct copy of the above and foregoing NOTICE OF APPEARANCE OF ATTORNEY OF RECORD AND DESIGNATION OF LEAD COUNSEL has been provided to:

**VIA CM,RRR 7160 3901 9844 1942 6426 & VIA FAX (210) 224-2035**
Ms. Roberta J. Sharp
AKIN, GUMP, STRAUSS, HAUER & FELD, L.L.P.
300 Convent Street, Suite 1500
San Antonio, Texas 78205

on this _27_ day of October, 2003.

_____
W. MICHAEL FISHER