# Civil Courtroom Minutes

| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ☐ Nicolas   ■ Levesque |
| DATE | 10 / 27 / 03 |
| TIME | 2:38 p.m. — 2:47 p.m. |
| CIVIL ACTION | B / 03 / 108 |
| STYLE | INT'L UNDERWRITERS, INC.<br>*versus*<br>GE REINSURANCE, ET AL. |

United States District Court
Southern District of Texas
FILED

OCT 27 2003

Michael N. Milby, Clerk of Court

DOCKET ENTRY

(HGT)  ■Initial Pre-Trial Hearing;     (Court Reporter: Heather Hall)

Attorney(s) for Plaintiff(s):     W. Michael Fisher
Attorney(s) for Defendant(s):    Roberta Sharp & Nada Ismail

---

Comments:

Mr. Fisher informed the Court that he just filed a notice of appearance in this case and just learned of a possible conflict - his law partner discussed having represented the def -GE in this case in the past in a related case in state court.

Court ordered Mr. Fisher to report to the Court by close of business, Thursday, October 30th on the conflict and whether he will be continuing representation. If he will, the Court will then need to reset the pre-trial conference and allow the parties to file a joint case management plan.