

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 0 3 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| INTERNATIONAL UNDERWRITERS § <br> GENERAL AGENCY, § <br>     PLAINTIFF, § <br> § <br> vs. § <br> § <br> GE REINSURANCE CORPORATION § <br> ("GE") AND SPENCER TUCKER § <br> (TUCKER), § <br>     DEFENDANTS, § | C.A. NO. B-03-108 |

## MOTION TO WITHDRAW AS COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW W. MICHAEL FISHER and the law firm of ROERIG, OLIVEIRA & FISHER, L.L.P., attorneys of record for Plaintiff, in the above entitled and numbered cause, and respectfully request the court to withdraw as counsel, and in support shows as follows:

I.

W. Michael Fisher and the law firm of ROERIG, OLIVEIRA & FISHER request that they be allowed to withdraw as attorneys for Plaintiff, INTERNATIONAL UNDERWRITERS GENERAL AGENCY.

II.

Plaintiff, INTERNATIONAL UNDERWRITERS GENERAL AGENCY, consents to this Motion to Withdraw.

III.

It has become apparent that the interest of the clients presently represented by W. Michael Fisher and the law firm of Roerig, Oliveira & Fisher, L.L.P., may conflict with the interest of International Underwriters General Agency, which makes it necessary for W. Michael Fisher and

Roerig, Oliveira & Fisher, L.L.P. to withdraw as attorneys of record for International Underwriters General Agency.

IV.

For these reasons, W. MICHAEL FISHER and the Law Firm of ROERIG, OLIVEIRA & FISHER, L.L.P., asks this Court to grant their Motion to Withdraw as attorneys for INTERNATIONAL UNDERWRITERS GENERAL AGENCY.

WHEREFORE, PREMISES CONSIDERED, W. Michael Fisher and the law firm of ROERIG, OLIVEIRA & FISHER, L.L.P. respectfully request that this Court enter an order permitting them to withdraw as attorneys for Plaintiff, INTERNATIONAL UNDERWRITERS GENERAL AGENCY, in this case.

Respectfully submitted,

ROERIG, OLIVEIRA & FISHER, L.L.P.
855 West Price Road, Suite 9
Brownsville, Texas 78520
(956) 542-5666
(956) 542-0016 FAX

By: _____
W. MICHAEL FISHER
Federal Admission No. 1080
State Bar No. 07062420

## CERTIFICATE OF CONFERENCE

I hereby certify that I have contacted Nada Ismaela and she is not opposed to the filing of this Motion to Withdraw as Counsel.

SIGNED this 3rd day of November, 2003.

## CERTIFICATE OF SERVICE

I, W. MICHAEL FISHER, hereby certify that a true and correct copy of the above and foregoing MOTION TO WITHDRAW AS COUNSEL has been provided to:

**VIA CM,RRR 7160 3901 9844 1943 9358 & VIA FAX (210) 224-2035**
Ms. Nada Ismaela
AKIN, GUMP, STRAUSS, HAUER & FELD, L.L.P.
300 Convent Street, Suite 1500
San Antonio, Texas 78205

**VIA CM,RRR 7160 3901 9844 1943 9372 & VIA FAX (956) 544-5855**
Mr. Danny Hernandez
International Underwriters General Agency
P.O. Box 3966
Brownsville, Texas 78523-3966

on this 3rd day of November, 2003.

_____
W. MICHAEL FISHER