IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| INTERNATIONAL UNDERWRITERS GENERAL AGENCY, <br>    PLAINTIFF, | § § § § § | |
| v. | § | C.A. NO. B-03-108 |
| GE REINSURANCE CORPORATION ("GE") AND SPENCER TUCKER (TUCKER), <br>    DEFENDANTS. | § § § § § § | |

## ORDER

  BE IT REMEMBERED that on November 4, 2003, the Court **GRANTED** counsel Michael Fisher's Motion to Withdraw [Dkt. No. 20], and **RESET** the Initial Pretrial Conference for January 26, 2004, at 2:30 p.m. Mr. Michael Fisher has informed the Court that he cannot continue to represent Plaintiff International Underwriters General Agency because of a conflict of interest. The Court's new setting for the Initial Pretrial Conference allows the Plaintiff nearly three months to secure new counsel. The Joint Case Management Plan is due 14 days prior to the pretrial conference.

  DONE this 4th day of November, 2003, at Brownsville Texas.

              _____
              Hilda G. Tagle
              United States District Judge