United States District Court
Southern District of Texas
FILED

JAN 2 3 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| INTERNATIONAL UNDERWRITERS GENERAL AGENCY, INC., Plaintiff, | § § § § | |
| v. | § | CIVIL ACTION NO. B-03-108 |
| GE REINSURANCE CORPORATION ("GE") AND SPENCER TUCKER ("TUCKER") Defendants. | § § § § § § | |

### PLAINTIFF'S FIRST SUPPLEMENTAL OPPOSED MOTION TO REMAND

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS, BROWNSVILLE DIVISION:

International Underwriters General Agency, Inc., Plaintiff in the above entitled and numbered cause, pursuant to 28 U.S.C. §1447(c), moves this Court for an order remanding this action to the 197th District Court of the State of Texas, County of CAMERON, on the grounds that removal was improperly made. In support of this motion, Plaintiff shows:

I.

1.  Removal of this action is improper under 28 U.S.C. §1441(b), in that removal is said to be based on diversity of citizenship, but Defendant, Spencer Tucker, is a citizen of the State of Texas, the state where the action was brought.

2.  Removal of this action is improper based on Defendants' claim of Defendant, Spencer Tucker, being Fraudulently Joined. Defendant, Spencer Tucker is a "person" engaged in the business of insurance, as defined under Texas Insurance Code Article 21.21, Section 2. During the relevant time period Spencer Tucker was GE's primary agent, vice-principal, representative and employee of GE's reinsurance program and therefore is liable for his actions.

1

II.

3.  This court should impose an appropriate sanction upon Defendant since there was no plausible basis for claiming that this Court has jurisdiction on any basis over the causes of action asserted in Plaintiff's petition. As such, the notice of removal had the purpose and effect of causing unnecessary delay and a needless increase in the cost of litigation. Plaintiff alleges that an appropriate sanction would include an order to pay the amount of reasonable expenses incurred by Plaintiff in preparing and presenting this motion, including a reasonable attorney's fee.

4.  Plaintiff in this action, further moves the Court to order Defendant in this action, to pay to Plaintiff all costs and expenses, including attorney's fees, incurred by Plaintiff as a result of the removal.

Respectfully submitted,

By: _____
Benigno (Trey) Martinez
State Bar Number: 00797011
1201 E. Van Buren
Brownsville, Texas 78520
Ph. 956-546-7159
Fax 956-544-0602
Attorney for Plaintiff
International Underwriters General Agency

Mr. David Patrick Willis III
State Bar Number: 24039455
Begum, Tijerina & Willis, L.L.C.
880 Ridgewood Street, Suite 3
Brownsville, Texas 78520
Ph. 956-982-1800
Fax 956-982-8602

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Plaintiff's Motion to Remand was served to each person listed below:

Ms. Roberta J. Sharp
Attorney for GE Reinsurance Corporation
Akin Gump Strauss Hauer & Feld, LLP
Suite 1500
300 Covent Street
San Antonio, Texas 78205

Spencer Tucker
5021 Briar Tree Lane #3104
Dallas, Texas 75248

Aurora De La Garza
Cameron County District Clerk
974 E. Harrison
Brownsville, Texas 78520

by certified mail, return receipt requested, hand delivery, and/or facsimile transmission pursuant to the Federal Rules of Civil Procedure, on this the 23rd day of January, 2004.

_____
Benigno (Trey) Martinez