25

# Civil  Courtroom  Minutes



| JUDGE | Hilda G. Tagle |
|---|---|
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ☐ Nicolas    ■ Levesque |

United States District Court
Southern District of Texas
FILED

JAN 2 6 2004

Michael N. Milby, Clerk of Court

| DATE | 01 — 26 — 04 |
|---|---|

| TIME | | a.m. | | | a.m. |
|---|---|---|---|---|---|
| | 2:34 | p.m. | | 2:53 | p.m. |

| CIVIL ACTION | B — 03 — 108 |
|---|---|

| STYLE | INTERNATIONAL UNDERWRITERS, INC. |
|---|---|
| | *versus* |
| | GE REINSURANCE CORP., ET AL. |

## DOCKET ENTRY

(HGT)  ■Initial Pre-Trial Hearing;        (Court Reporter: Heather Hall)

Attorney(s) for Plaintiff(s):        Trey Martinez, David Willis
Attorney(s) for Defendant(s):        Nada Ismail

Comments:

***Martinez***: Plaintiffs filed supplement to motion to remand. Art. 21.21 of the TX Ins. Code, sections 2 and 11 allows for recover against anyone, including an insurance agent, who commits misrepresentations. Plaintiff detrimentally relied on these misrepresentations. Plaintiff states Tucker made misrepresentations that his company (GE) would reinsure Plaintiffs for a certain amount and they did not. Tucker's breach led to the current action.

***Ismail's Response***: Defendants argued Tucker is fraudulently joined. He still has not been joined so his citizenship should be disregarded. And, first original petition made no specific mention of sections 2 or 11 of Art. 21.21 and Plaintiffs have not sufficiently pled facts alleging that TUCKER committed fraud.

***Martinez's Reply***: Plaintiffs have sufficiently made such pleadings. Tucker still has not been served. GE is going to file a Motion to Dismiss and to Transfer Venue due to mandatory venue clauses in their contracts.

**Ruling: Court Granted Plaintiff's oral motion for leave to file supplement.**

        **Motion to Remand is Denied unless something causes the court to reconsider such ruling.**