UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 1 8 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| INTERNATIONAL UNDERWRITERS GENERAL AGENCY, INC., § § § | |
| Plaintiff, § | |
| v. § | CIVIL ACTION NO. B-03-108 |
| GE REINSURANCE CORPORATION AND SPENCER TUCKER, § § § § | |
| Defendants. § | |

### AFFIDAVIT OF DAVID BRODNAN

THE STATE OF ILLINOIS §
§
COUNTY OF LAKE §

BEFORE ME, the undersigned authority, personally appeared David Brodnan, who being by me duly sworn, deposed and said:

1. My name is David Brodnan, I am over 18 years of age, of sound mind, capable of making this affidavit, and personally acquainted with the facts stated in it.

2. I am the Vice President & Assistant Secretary of GE Reinsurance Corporation ("GE Reinsurance"). Upon information and belief, I aver the facts set forth in this Affidavit are true and correct.

3. The transactions giving rise to this suit are the subject of, and governed by, five written agreements, true and correct copies of which are attached hereto as Exhibits C-G (referred to collectively as "the Agreements"):

    (a) The General Agency Agreement between International Underwriters General Agency, Inc. ("IUGA") and State and County Mutual Fire Insurance Company (Exhibit C);

    (b) The General Agency Agreement between IUGA and State National Insurance Company, Inc (Exhibit D);

(c) The Quota Share Reinsurance Contract between State National Insurance Company and Kemper Reinsurance Company (Defendant GE is formerly known as Kemper) (Exhibit E);

(d) The 100% Quota Share Reinsurance Contract between State and County Mutual Fire Insurance Company and Kemper Reinsurance Company (Exhibit F).

(e) The Excess Stop Loss Reinsurance Agreement (Exhibit G).

4. GE Reinsurance sent a letter, dated November 29, 2000, stating that the Quota Share Agreement with State National Insurance Company and the Excess Stop Loss Agreement would be terminated effective February 28, 2001. A true and correct copy of that notice is attached as Exhibit A.

5. GE Reinsurance sent a letter, dated February 19, 2001, extending the cancellation date of the State National Quota Share Agreement to April 30, 2001. A true and correct copy of that notice is attached as Exhibit B.

6. The State National Quota Share Agreement and the Excess Stop Loss Agreement were terminated on April 30, 2001. A true and correct copy of the addenda reflecting this cancellation are attached as Exhibit H.

7. Upon information and belief, GE Reinsurance terminated the reinsurance agreement with State and County Mutual Fire Insurance Company, effective April 30, 2001.

8. At no time did GE Reinsurance issue an insurance policy to International Underwriters General Agency.

Further affiant sayeth not.

_____
DAVID BRODNAN

SUBSCRIBED AND SWORN TO BEFORE ME on the 13th day of February 2004, to certify which witness my hand and official seal.

OFFICIAL SEAL
KELLY M KLINKO
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:10/17/07

_____
NOTARY PUBLIC, STATE OF ILLINOIS