UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 1 9 2004

Michael N. Milby
Clerk of Court

```
INTERNATIONAL UNDERWRITERS   )
GENERAL AGENCY, INC.         )
                             )  CIVIL ACTION NO.
VS.                          )  B-03-CV-108
                             )
GE REINSURANCE CORPORATION,  )
GE Reinsurance Corporation   )
("GE"), SPENCER TUCKER,      )
("TUCKER")                   )
                             )
```

SCHEDULE CONFERENCE
BEFORE THE HONORABLE HILDA G. TAGLE
JANUARY 26, 2004
VOLUME 1

APPEARANCES:

For the Plaintiff:      MR. TREY MARTINEZ and
                        MR. DAVID WILLIS
                        Law Office of Trey Martinez
                        1201 East Van Buren
                        Brownsville, Texas   78520

For the Defendants:     MS. NADA ISMAEL
                        Akin Gump Strauss Hauer & Feld LLP
                        300 Convent Street, Suite 1500
                        San Antonio, Texas   78205

Transcribed by:         HEATHER HALL
                        Official Court Reporter
                        600 East Harrison, Box 16
                        Brownsville, Texas   78520

Proceedings recorded by mechanical stenography, transcript produced by computer.

ORIGINAL