IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 0 4 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| INTERNATIONAL UNDERWRITERS § § § § § § § § § § § §<br>GENERAL AGENCY, INC.,<br>  Plaintiff,<br><br>v.<br><br>GE REINSURANCE CORPORATION<br>("GE") AND SPENCER TUCKER<br>("TUCKER")<br>  Defendants. | CIVIL ACTION NO. B-03-108 |

## MOTION FOR LEAVE TO FILE PLAINTIFF'S SECOND SUPPLEMENTAL OPPOSED MOTION FOR REMAND

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS, BROWNSVILLE DIVISION:

International Underwriters General Agency, Inc., Plaintiff in the above entitled and numbered cause moves this Court to allow Plaintiff leave to file a Second Supplemental Opposed Motion for Remand, on the grounds that this second supplement includes legal bases for remand not previously proffered to the court because of current-counsel's late entry into the litigation. In support of this motion, Plaintiff shows:

### Procedural History

On May 2, 2003, Plaintiff filed their Original Petition and Application for Injunctive Relief ("Original Petition") in the matter entitled International Underwriters General Agency v. GE Reinsurance Corporation and Spencer Tucker, in the 197th Judicial District Court, Cameron County, Texas, Cause No. 2003-05-2265-C. On June 6, 2003, defendants GE and Spencer Tucker ("Defendants") filed Motion to Transfer Venue, Original Answer (Subject to Motion to Transfer Venue), and Plea in Abatement (Subject to Motion to Transfer Venue) in one instrument. On June 9, 2003, Defendants

filed a Notice of Removal (the "Notice of Removal"). On July 9, 2003, Plaintiff filed Opposed Motion to Abstain and to Remand. On August 14, 2003, Court granted attorney Christopher Lee Phillippe's Motion for Withdrawal of Counsel. Current counsel was hired to represent Plaintiff for the Motion to Remand in January 2004. With little time to review former counsel's filings Plaintiff filed First Supplemental Opposed Motion to Remand on January 23, 2004. On January 26, 2004, a pre-trial hearing was scheduled and the Motion to Remand was denied. Now, Plaintiff files this Motion for Leave to file Plaintiff's Second Supplemental Opposed Motion for Remand.

Respectfully submitted,

By: /s/ David Patrick Willis
David Patrick Willis III
Federal Bar Number: 36365
State Bar Number: 24039455
Begum, Tijerina & Willis, L.L.C.
880 Ridgewood Street, Suite 3
Brownsville, Texas 78520
Ph. 956-982-1800
Fax 956-982-8602
Attorney for Plaintiff, IUGA

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above has been sent to each person listed below:

Ms. Roberta J. Sharp
Attorneyfor Defendants, GE Reinsurnace and Spencer Tucker
Akin Gump Strauss Hauer & Feld, L.L.P.
300 Convent Street, Suite 1500
San Antonio, Texas 78205

by certified mail, return receipt requested, hand delivery, and/or facsimile transmission pursuant to the Federal Rules of Civil Procedure, on this the ___ day of March 2004..

David Willis,
Attorney for Plaintiff.