IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 1 5 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| INTERNATIONAL UNDERWRITERS GENERAL AGENCY,<br>    PLAINTIFF, | §§§§§§ | |
| v. | §  | C.A. NO. B-03-108 |
| GE REINSURANCE CORPORATION ("GE") AND SPENCER TUCKER (TUCKER),<br>    DEFENDANTS. | §§§§§ | |

## ORDER

BE IT REMEMBERED that on March 12, 2004, the Court **DENIED as Moot** Plaintiff's Motion to Remand and Abstain [Dkt. Nos. 4-1 & 4-2]. Initially, the Court delayed ruling on Plaintiff's first motion to remand until Plaintiff secured new counsel after withdrawal. The Court made a preliminary ruling on Plaintiff's second Motion to Remand at the second pre-trial conference held on January 26, 2004, but indicated it would revisit the issue of remand if necessary in light of the fact that Plaintiff had recently acquired new counsel. Since the pretrial conference, Plaintiff has filed a supplemental motion for remand [Dkt. Nos. 30 & 31]. Because Plaintiff's current counsel have filed more recent supplemental motions to remand that supercede the first skeletal motion to remand filed by Plaintiff's first counsel, the Court **Moots** the first motion to remand and abstain [Dkt. Nos. 4-1 & 4-2].

DONE this 12th day of March 2004, at Brownsville Texas.

_____
Hilda G. Tagle
United States District Judge