Case 1:03-cv-00108   Document 33   Filed in TXSD on 03/16/2004   Page 1 of 3

33

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 1 6 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| INTERNATIONAL UNDERWRITERS GENERAL AGENCY, INC., § § § | |
| Plaintiff, § § | |
| v. § § | CIVIL ACTION NO. B-03-108 |
| GE REINSURANCE CORPORATION ("GE") AND SPENCER TUCKER, ("TUCKER") § § § § § | |
| Defendants. § | |

## SECOND AMENDED CERTIFICATE OF INTERESTED PARTIES

Plaintiff:    International Underwriters General Agency, Inc., by and through its attorney:

Mr. David Patrick Willis, III
Federal Bar No. 36365
State Bar No. 24039455
Mr. Humberto Tijerina, III
State Bar No. 24028040
BEGUM, TIJERINA & WILLIS, L.L.C.
880 Ridgewood Street, Suite 3
Brownsville, Texas 78520

Mr. Benigno (Trey) Martinez
State Bar Number: 00797011
MARTINEZ, BARRERA, Y MARTINEZ
1201 E. Van Buren
Brownsville, Texas 78520

Defendant:   GE Reinsurance Corporation, by and through its attorneys:

Attorney in Charge:
ROBERTA J. SHARP
State Bar No. 00788400
Southern District Bar No. 17556
RICK H. ROSENBLUM

1

State Bar No. 17276100
Southern District Bar No. 13015
NADA ISMAIL
State Bar No. 24036825
Southern District Bar No. 34907

Akin, Gump, Strauss, Hauer & Feld, L.L.P.
300 Convent Street, Suite 1500
San Antonio, Texas 78205
Telephone: (210) 281-7000
Telecopier: (210) 224-2035

       Respectfully submitted,

       AKIN GUMP STRAUSS HAUER & FELD, LLP
       1500 Bank of America Plaza
       300 Convent Street
       San Antonio, Texas 78205
       Telephone: (210) 281-7000
       Telecopier: (210) 224-2035

       _[signature]_ On behalf of Roberta Sharp

       Attorney in Charge:
       ROBERTA J. SHARP
       State Bar No. 00788400
       Southern District Bar No. 17556
       RICK H. ROSENBLUM
       State Bar No. 17276100
       Southern District Bar No. 13015
       NADA L. ISMAIL
       State Bar No. 24036825
       Southern District Bar No. 34907

       ATTORNEYS FOR DEFENDANT GE
       REINSURANCE CORPORATION

066099.0003 WEST #5478627

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served on the following counsel of record by *certified mail, return receipt requested*, on the ___15th day of March, 2004:

Mr. David Patrick Willis, III
Mr. Humberto Tijerina, III
BEGUM, TIJERINA & WILLIS, L.L.C.
880 Ridgewood Street, Suite 3
Brownsville, Texas 78520

Mr. Benigno (Trey) Martinez
MARTINEZ, BARRERA, Y MARTINEZ
1201 E. Van Buren
Brownsville, Texas 78520

_____
NADA L. ISMAIL

3

066099.0003 WEST #5478627