05/19/2004 16:54   9569828602          BT&W, LLC *LAW FIRM*              PAGE 02/02

United States District Court
Southern District of Texas
FILED

MAY 2 6 2004

Michael N. Milby
Clerk of Court

 BEGUM, TIJERINA & WILLIS, L.L.C.

May 19, 2004

VIA FAX

Ms. Nada Ismail
Attorney for GE Reinsurance
Akin Gump Strauss Hauer & Feld, L.L.P.
1500 Bank of America Plaza
300 Convent Street, Suite 1500
San Antonio, Texas 78205

Re: *International Underwriters General Agency v. GE Reinsurance Corporation ("GE"), and Spencer Tucker ("Tucker")*; No. B-03-108; In the U.S. District Court for the Southern District of Texas, Brownsville Division

Dear Ms. Ismail:

This will confirm our previous oral agreement to allow the following:

1. Plaintiff be allowed an extension to file Initial Disclosures by May 28, 2004;
2. Plaintiff and Defendant, GE be allowed an extension to file Interrogatories by ~~June~~ July 16, ~~25~~ 2004.

If this accurately reflects our agreement, please include a date for Interrogatories to be submitted, sign this letter and return to me by fax. Once I have received an executed copy of this letter, I will return the same to you by fax. If the above does not correctly reflect our agreement, or should you have any questions concerning this agreement, please contact me at (956) 982-1800.

Thank you for your professional courtesies in this matter.

BT/sb

AGREED AS TO FORM AND CONTENT:

_____        _____
Nada Ismail, Attorney for Defendant,      David Willis, Attorney for Plaintiff,
GE Reinsurance                             IUGA