CAUSE NO. 2004-01-000021-B

United States District Court
Southern District of Texas
FILED

JUL 21 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| INTERNATIONAL UNDERWRITERS § <br> GENERAL AGENCY, INC. § <br> § <br> Plaintiffs, § <br> § <br> v. § <br> § <br> GE REINSURANCE CORPORATION § <br> AND SPENCER TUCKER § <br> § <br> Defendants § | CIVIL ACTION NO. B-03-108 |

## AGREED STIPULATION OF THE PARTIES

The Parties have agreed and Stipulated to the extension for Defendant to serve discovery based upon the terms and conditions set forth in the letter signed by the counsel for the Parties attached hereto as Exhibit A.

Respectfully submitted,

AKIN GUMP STRAUSS HAUER & FELD LLP
1500 Bank of America Plaza
300 Convent Street, Suite 1500
San Antonio, Texas 78205
Telephone: (210) 281-7000
Telecopier: (210) 224-2035

_____
ROBERTA SHARP, Attorney-in-Charge
State Bar No. 00788400
S.D. Tex. Bar No. 17556
RICK H. ROSENBLUM
State Bar No. 17276100
S.D. Tex. Bar No. 13015
NADA L. ISMAIL
State Bar No. 24036825
S.D. Tex. Bar No. 34907

ATTORNEYS FOR DEFENDANT
GE REINSURANCE CORPORATION

#5557280                                     1

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served on the counsel of record by *certified mail, return receipt requested*, on this the 20th day of July, 2004:

Mr. David Patrick Willis, III
Mr. Humberto Tijerina, III
BEGUM, TIJERINA & WILLIS, L.L.C.
880 Ridgewood Street, Suite 3
Brownsville, Texas 78520

Mr. Benigno (Trey) Martinez
MARTINEZ, BARRERA Y MARTINEZ
State Bar Number: 00797011
1201 E. Van Buren
Brownsville, Texas 78520

_____
NADA L. ISMAIL

# EXHIBIT "A"

# AKIN GUMP
# STRAUSS HAUER & FELD LLP

Attorneys at Law

NADA ISMAIL TAHA
210.281.7166/fax 210.224.2035
nitaha@akingump.com

July 19, 2004

<u>**VIA FACSIMILE**</u>

Mr. David Patrick Willis, III
Mr. Humberto Tijerina
Begum, Tijerina & Willis, L.L.C.
880 Ridgewood Street, Suite 3
Brownsville, Texas 78520

Re:  *International Underwriters General Agency v. GE Reinsurance Corporation ("GE"), and Spencer Tucker ("Tucker")*; No. B-03-108; In the U.S. District Court for the Southern District of Texas, Brownsville Division

Dear Mr. Tijerina:

This letter will confirm our agreement to extend the date to **August 19, 2004** for Defendant GE Reinsurance Corporation to serve its **First Set of Interrogatories and Requests for Production.**

Please acknowledge your agreement by signing at the place indicated below and return this letter to me by facsimile. Thank you for your courtesy.

Sincerely,

Nada L. Ismail

AGREED:

By: _____
Humberto Tijerina

300 Convent Street, Suite 1500 / San Antonio, Texas 78205 / 210.281.7000 / fax: 210.224.2035 / www.akingump.com