IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| INTERNATIONAL UNDERWRITERS GENERAL AGENCY, INC. | § § § | |
| Plaintiffs, | § § | |
| v. | § | CIVIL ACTION NO. B-03-108 |
| GE REINSURANCE CORPORATION AND SPENCER TUCKER | § § § § | |
| Defendants | § | |

United States District Court
Southern District of Texas
FILED

AUG 19 2004

Michael N. Milby
Clerk of Court

## AGREED STIPULATION OF THE PARTIES

The Parties have agreed and Stipulated to the extension for Defendant GE Reinsurance Corporation to serve discovery based upon the terms and conditions set forth in the letter signed by the counsel for the Parties attached hereto as Exhibit A.

Respectfully submitted,

AKIN GUMP STRAUSS HAUER & FELD LLP
1500 Bank of America Plaza
300 Convent Street, Suite 1500
San Antonio, Texas 78205
Telephone: (210) 281-7000
Telecopier: (210) 224-2035

ROBERTA SHARP, Attorney-in-Charge
State Bar No. 00788400
S.D. Tex. Bar No. 17556
RICK H. ROSENBLUM
State Bar No. 17276100
S.D. Tex. Bar No. 13015
NADA L. ISMAIL
State Bar No. 24036825
S.D. Tex. Bar No. 34907

ATTORNEYS FOR DEFENDANT
GE REINSURANCE CORPORATION

#5557280                    1

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was served on the counsel of record by *facsimile* and *first class mail*, on this the 18th day of August, 2004:

>Mr. David Patrick Willis, III
>Mr. Humberto Tijerina, III
>BEGUM, TIJERINA & WILLIS, L.L.C.
>880 Ridgewood Street, Suite 3
>Brownsville, Texas 78520
>
>Mr. Benigno (Trey) Martinez
>MARTINEZ, BARRERA Y MARTINEZ
>State Bar Number: 00797011
>1201 E. Van Buren
>Brownsville, Texas 78520

NADA L. ISMAIL

# AKIN GUMP
## STRAUSS HAUER & FELD LLP
Attorneys at Law

**NADA ISMAIL TAHA**
210.281.7168/fax 210.224.2035
nltaha@akingump.com

August 16, 2004

**VIA FACSIMILE**

Mr. David Patrick Willis, III
Mr. Humberto Tijerina
Begum, Tijerina & Willis, L.L.C.
880 Ridgewood Street, Suite 3
Brownsville, Texas 78520

Re: *International Underwriters General Agency v. GE Reinsurance Corporation ("GE"), and Spencer Tucker ("Tucker")*; No. B-03-108; In the U.S. District Court for the Southern District of Texas, Brownsville Division

Dear Mr. Tijerina:

This letter will confirm our agreement that Defendant GE Reinsurance Corporation will serve its First Set of Interrogatories and Requests for Production and its objections and responses to Plaintiff International Underwriters General Agency First Set of Interrogatories to Defendants **on or before September 3, 2004.**

Please acknowledge your agreement by signing at the place indicated below and return this letter to me by facsimile. Thank you for your courtesy.

Sincerely,

Nada L. Ismail

AGREED:

By: _____
Humberto Tijerina

300 Convent Street, Suite 1500 / San Antonio, Texas 78205 / 210.281.7000 / fax: 210.224.2035 / www.akingump.com